Jacob L. Harris and Le Roy F. Harris, copartners, J. L. & L. F. Harris, appellees, v. Samuel Rifas, appellant. Gen. No. 29,354.

Motion to set aside judgment on note and for leave to defend. Motion denied. Appeal from the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Shulman, Shulman & Abrams, for appellant. Isidore Goodman, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

Salzman Peisert Company, appellee, v. The Subscribers at National Association of Dyers and Cleaners Inter-Insurance Exchange, appellant. Gen. No. 29,363.

Action on oral contract for fire insurance. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924.

Thomas H. Murray, for appellant. Krauss, Goldman & Allshouse, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Motor Transportation Company, appellant, v. T. M. White, operating as T. M. White Company, appellee. Gen. No. 29,372.

Action to recover for damage to motor truck caused by alleged negligence of defendant. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Francis Borrelli, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924.

Loesch, Scofield, Loesch & Richards, for appellant. Emory Smith, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Nellie I. English, appellee, v. M. V. Brimm, individually and trading as Brimm's, appellant. Gen. No. 29,378.

Action on employment contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1924. Affirmed. Opinion filed December 16, 1924.

Butz, Von Ammon & Marx, for appellant. Charles Waldman, for appellee.

Mr. Justice Gridley delivered the opinion of the court.